# Court of Appeals
# of the State of Georgia

ATLANTA,_ March 12, 2019 _____

*The Court of Appeals hereby passes the following order:*

**A19A1264. SCHAYES v. U.S. BANK NATIONAL ASSOCIATION.**

On February 6, 2019, we granted Susan Schayes an extension of time to file her brief of appellant, setting February 18, 2019, as the new due date. Three weeks have passed since this deadline, and Schayes has not filed a brief. Accordingly, her appeal is hereby DISMISSED. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 03/12/2019 _____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*